Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC  20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendant. | Case No. 3:11-cv-04790-JW <br><br> **STIPULATION OF DISMISSAL** <br><br> Courtroom 9, 19th Floor <br> Hon. James Ware |

# STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Electronic Frontier Foundation and defendant Office of the Director of National Intelligence stipulate that all claims in the above-captioned case are dismissed in their entirety. The parties agree to bear their respective fees and costs.

DATED: December 15, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

MELINDA HAAG
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

_____/s/ *Jennifer Lynch*_____

Jennifer Lynch, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110

David L. Sobel *(admitted pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC 20009

_____/s/ *Nicholas Cartier*_____

NICHOLAS CARTIER,
CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044

*Attorneys for Plaintiff*
ELECTRONIC FRONTIER FOUNDATION

*Attorneys for Defendant*
OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE

## GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained Nicholas Cartier's concurrence in the filing of this document.

*/s/Jennifer Lynch*
Jennifer Lynch

\*   \*   \*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: _____      _____
                              Hon. James Ware
                              Chief United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2011, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on December 15, 2011, in San Francisco, California.

*/s/ Jennifer Lynch*
Jennifer Lynch

-2-
STIPULATION OF DISMISSAL
CASE NO. 3:11-CV-04790-JW